UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. __1:23-cv-123-GNS__
*Electronically Filed*

| | |
|---|---|
| CHARLES HAYES JR. | PLAINTIFF |
| AND | |
| BLUECROSS BLUESHIELD OF TENNESSEE | INTERVENING PLAINTIFF |
| v. | |
| GURPAL MANGAT<br>SHABAD TRANSPORT USA INC. | DEFENDANTS |

## JOINT NOTICE OF REMOVAL

Defendants Gurpal Mangat and Shabad Transport USA Inc., by counsel, state as follows for their joint notice of removal:

### Introduction

1. Plaintiff Charles Hayes Jr. filed this action on August 14, 2023, in Simpson County, Kentucky Circuit Court, Civil Action No. 23-CI-00197. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the state court action are attached as Exhibits B-H to this Notice.

2. Defendants received a copy of the Complaint on or about August 28, 2023. This Notice is filed within thirty days of Defendants' "receipt . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

3. Pursuant to 28 U.S.C. § 1446(d), Defendants have filed this Notice with this Court, and will concurrently serve a copy of this Notice on Plaintiffs' counsel and file a copy in the Simpson Circuit Court.

4. A copy of the required Civil Cover Sheet is attached to this Notice as **Exhibit A**.

## Grounds for Removal

5. Defendants remove this action to the United States District Court for the Western District of Kentucky, Bowling Green Division, based on the existence of diversity jurisdiction under 28 U.S.C. §§ 1332(a) & 1441(a).

6. Under 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions between citizens of different states where the amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

7. Under 28 U.S.C. § 1441(a), any civil action brought in state court that is within the original jurisdiction of the federal courts may be removed by the defendant to the federal district court for the district and division embracing the place where the state action is pending.

## Diversity of Parties

8. Upon information and belief, Plaintiff is a citizen and resident of Tennessee. *See* [**Ex. B**, Compl. at 1 ¶1.]

9. Upon information and belief, Intervening Plaintiff Blue Cross Blue Shield of Tennessee (BCBST) is a Tennessee corporation with its principal place of business in Chattanooga, Tennessee. BCBST is a citizen of Tennessee for purposes of diversity jurisdiction under 28 U.S.C. §§ 1332(a) & 1441. *See* 28 U.S.C. § 1332(c)(1).

10. Defendant Mangat is a citizen and resident of Indiana. [*Id.* at 1 ¶2.]

11. Defendant Shabad Transport USA is an Indiana corporation with its principal place of business in Greenwood, Indiana. Shabad Transport USA is a citizen of Indiana for purposes of diversity jurisdiction under 28 U.S.C. §§ 1332(a) & 1441. *See* 28 U.S.C. § 1332(c)(1).

12. Based on the foregoing, all Plaintiffs are diverse in citizenship from all Defendants, and the diversity requirement of 28 U.S.C. § 1332(a) is satisfied.

### Amount in Controversy

13. Plaintiff's Complaint seeks damages arising from a vehicular collision occurring on November 5, 2022 in Simpson County, Kentucky. Plaintiff asserts claims of common law negligence, negligence *per se*, and negligent hiring, training, supervising, and entrustment.

14. Plaintiff's Complaint does not contain a demand for a specific sum of monetary damages, because such a demand is not permitted under Kentucky's civil rules. *See* 28 U.S.C. § 1446(c)(2)(A)(ii); Ky. R. Civ. P. 8.01(2). However, Plaintiff avers in his Complaint that the amount in controversy exceeds $75,000. [**Ex. B**, Compl. at 2 ¶6.]

15. Based on the foregoing, the amount in controversy under the Complaint exceeds $75,000 by a preponderance of evidence. *See* 28 U.S.C. § 1446(c)(2)(B).

### Jurisdiction and Venue

16. This Court has subject matter jurisdiction over the action and all claims asserted against Defendants, as Plaintiff has placed more than $75,000 in controversy and all Plaintiffs are completely diverse from all Defendants.

17. Removal of this action is proper because this action is within the original jurisdiction of this Court and none of the defendants whose citizenship must be considered for diversity purposes is a citizen of Kentucky. *See* 28 U.S.C. §§ 1441(a) & (b)(2).

18. Venue is proper in this Court pursuant to 28 U.S.C. §§ 97(b) & 1441(a), as the United States District Court for the Western District of Kentucky, Bowling Green Division, is the federal judicial district and division embracing the Simpson County, Kentucky Circuit Court, where the state court action was originally filed.

WHEREFORE, for the reasons set forth above and pursuant to 28 U.S.C. §§ 1441(a) & 1446, Defendants Gurpat Mangat and Shabad Transport USA Inc. hereby remove this action from the Simpson County, Kentucky Circuit Court to the United States District Court for the Western District of Kentucky, Bowling Green Division, and respectfully asks this Court to assume full jurisdiction over this action, as provided by law.

This September 22, 2023.

> KERRICK BACHERT PSC
> 2445 Nashville Rd.
> P.O. Box 9547
> Bowling Green, KY 42101
> T: (270) 782-8160
> F: (270) 782-5856
> tkerrick@kerricklaw.com
> cgivens@kerricklaw.com
>
> /s/ *Thomas N. Kerrick*
> Thomas N. Kerrick
> Colton W. Givens
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

I further certify that, on September 22, 2023, a copy of the foregoing was served on the following persons via email and/or U.S. Mail, postage pre-paid.

Adrian Mendiondo
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
amendiondo@forthepeople.com
*Counsel for Plaintiff*

Dalia Maaitah
Russell, Oliver & Stephens, PLC
5178 Wheelis Drive
Memphis, TN 38117
daliam@roslawgroup.com
*Counsel for Intervening Plaintiff*
*BCBS of TN*

/s/ *Thomas N. Kerrick*
Thomas N. Kerrick
Colton W. Givens
*Counsel for Defendants*