UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-00123-GNS-HBB

CHARLES HAYES, JR.                                                                                    PLAINTIFF

v.

GURPAL MANGAT, et al.                                                                              DEFENDANTS

## ORDER

On October 3, 2023, the Clerk's Office issued a notice to Attorney Dalia Maaitah noting that she was not admitted to practice before the Court and that she needed to seek leave to practice in this Court pursuant to LR 83.2 within 14 days of the notice. To date, Attorney Maaitah has failed to take any action to address this deficiency.

**IT IS HEREBY ORDERED** that Attorney Dalia Maaitah shall **SHOW CAUSE within 21 days of the entry of this Order** why the Court should not strike her as counsel of record in this case for her failure to seek admission pro hac vice in accordance with LR 83.2.

Greg N. Stivers, Chief Judge
United States District Court

November 3, 2023

cc:     Counsel of record
        Attorney Dalia Maaitah