UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-00123-GNS-HBB

CHARLES HAYES JR.                                                                                          PLAINTIFF

v.

GURPAL MANGAT
SHABAD TRANSPORT USA INC.                                                                   DEFENDANTS

## AGREED ORDER OF DISMISSAL

This matter is before the Court by agreement of the parties, as evidenced by the signature of their respective counsel below. The parties announce to the Court that they have resolved all claims asserted or assertable by them in this matter to their mutual satisfaction. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the claims of Plaintiff Charles Hayes, Jr. against Defendants Gurpal Mangat and Shabad Transport USA Inc. are hereby DISMISSED WITH PREJUDICE. Each party hereto shall be responsible for their own costs and attorney's fees.

This is a final and appealable order and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

July 17, 2024

HAVE SEEN AND AGREED:

*/s/ Adrian Mendiondo (with permission)*
Adrian Mendiondo
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
amendiondo@forthepeople.com
*Counsel for Plaintiff*


*Thomas N. Kerrick*
Thomas N. Kerrick
Colton W. Givens
KERRICK BACHERT PSC
1025 State Street
P.O. Box 9547
Bowling Green, KY 42101
tkerrick@kerricklaw.com
cgivens@kerricklaw.com
*Counsel for Defendants*